**DiFrancesco, Bateman, Kunzman,**
**Davis, Lehrer & Flaum, P.C.**
15 Mountain Boulevard
Warren, New Jersey 07059
(908) 757-7800
Attorneys for Defendant, QualCare, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLANTIC SHORE SURGICAL ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>QUALCARE, as Administrators and AFFILIATED PHYSICIANS AND EMPLOYERS HEALTH PLAN, JOHN AND JANE DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>Defendants. | *Document Electronically Filed*<br><br>Case Number: 3:17-cv-12890-PGS-LHG<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1. Defendant, QualCare, Inc. hereby discloses the following corporate information:

(a) QualCare, Inc. is a wholly owned subsidiary of Cigna Corporation.

Respectfully submitted,

DiFrancesco, Bateman, Kunzman,
Davis, Lehrer & Flaum, P.C.

By: *s/ Lisa M. Fittipaldi*
     Lisa M. Fittipaldi

Dated: December 18, 2017

{A1005526.1}        A0921313